In the Matter of the Accounting of CARLETON S. COOKE et al., as Executors of CARRIE S. FREEDMAN, Deceased, Appellants. ETHEL S. BRUECK et al., Respondents.—

Present — Carswell, Adel, Taylor and Lewis, JJ.; Close, J., not voting.